IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JANE HENDERSON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil Action No. 1:09CV237-LG-RHW |
| | § | |
| **DOLGENCORP, INC.** | § | **DEFENDANT** |

### AGREED JUDGMENT OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being advised that all parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, and the Court being desirous that this matter be finally closed on its docket;

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is hereby dismissed with prejudice as to all parties.

**SO ORDERED AND ADJUDGED** this the 20th day of October, 2010.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge